UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SANCHEZ SMOTHERMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CV-1982 JAR |
| MISSOURI DEPT. OF CORR., et al., | ) |
| Defendants., | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of plaintiff's civil rights action. Plaintiff has failed to either pay the filing fee or file a motion to proceed in forma pauperis, along with a prison account statement. *See* 28 U.S.C. § 1915(a). Plaintiff will be required to do so before review of this action according to § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the motion to proceed in forma pauperis form for prisoners.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee **or** submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will **not** count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 26th day of July, 2017.

                                          /s/ John A. Ross
                                          JOHN A. ROSS
                                          UNITED STATES DISTRICT JUDGE